THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v J.B. THOMPKINS, JR., Also Known as HORACE THOMPKINS, JR. Appellant. [955 NYS2d 792]

Present— Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.